FILED
2016 NOV -7 AM 10: 24
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: |
|---|---|
| v. | ED16-MJ-00424 |
| Derek Lorenzo Longoria DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: __Nov. 7, 2016__ ☐ AM / ☐ PM
2. Defendant is in lock-up (in this court building) Yes ☒ No ☐
3. Charges under which defendant has been booked: __18 USC 2252(a)(e)__
4. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes ☐ No ☐ Unknown
6. Interpreter Required: ☒ No ☐ Yes: _____ (Language)
7. Year of Birth: __1988__
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel? ☐ No
    ☒ Yes Name: __Anthony Solis__ and Phone Number: __213-220-5724__
13. Did you notify Pretrial Services? ☐ No
    ☒ If yes, please list Officer's Name: _____ Time: _____ AM / PM
14. Remarks (if any): _____

15. Date: __11/7/2016__  16. Name: __Dayna Roelfs__ (Please Print)
17. Agency: __DHS/HSI__  18. Signature: __Day Roe__
19. Office Phone Number: __951-232-7607__

CR-64 (06/09)  REPORT COMMENCING CRIMINAL ACTION